```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

DARRELL AMOS TAITE, #05831-003                              PETITIONER

VERSUS                              CIVIL ACTION NO. 5:10-cv-154-DCB-MTP

BRUCE PEARSON, Warden                                       RESPONDENT

                                ORDER

    This matter is before the Court on Petitioner's Motion for Order [5] filed December 8, 2010.  In his Motion [5], Petitioner requests that this Court give his petition for habeas relief "high priority in the court's calendar."  Having reviewed the Motion [5] as well as the record, this Court finds that the Motion [5] will be denied for the following reason.

    A Final Judgment [4] was entered on December 8, 2010, dismissing the instant civil action prior to the Motion [5] being filed.  Therefore, this Court is without jurisdiction to consider the merits of Petitioner's Motion [5].  See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994) (holding that a motion filed in a closed case is to be considered "a meaningless, unauthorized motion").  Even if the Motion [5] was filed prior to the Memorandum Opinion [3] and Final Judgment [4] on December 8, 2010, it is clear that the Motion [5] is moot and would be denied because a decision has been entered in the instant civil action.  Therefore, as a initial matter this Court finds that there is no jurisdictional basis for Petitioner filing the instant Motion [5] and moreover, a decision concerning the instant habeas petition

2

has been rendered.  Consequently, the Motion [5] is denied.  <u>See</u> <u>Id.</u>  Accordingly, it is

 ORDERED AND ADJUDGED that the Motion [5] is **denied**.

 SO ORDERED AND ADJUDGED this the <u> 10th   </u> day of December, 2010.


        <u>s/David Bramlette          </u>
        UNITED STATES DISTRICT JUDGE

2